IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DL RESOURCES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-200 |
| ) | |
| FIRSTENERGY SOLUTIONS CORP. ) | |
| ) | |
| Defendant. ) | |

## AMENDED JUDGMENT ORDER

AND NOW, this 19 day of December, 2005, IT IS HEREBY ORDERED that judgment is entered in favor of plaintiff, DL Resources, Inc., and against defendant, FirstEnergy Solutions Corp., in the amount of: (1) $2,473,005.35 for Counts I, II & III in contract damages as stipulated to by the parties; and (2) $2,384,267.03 for Count VI in tort damages as determined by the court following a non-jury trial. Plaintiff's request for prejudgment interest and post-judgment interest as to Count VI is DENIED.

BY THE COURT:

_____, J.

cc: All Counsel of Record