IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DL RESOURCES, INC., )
 )
    Plaintiff, ) C.A. No. 03-0200
 )
v. ) Hon. Gary Lancaster
 )
FIRSTENERGY SOLUTIONS CORP., )
 )
    Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff DL Resources, Inc. and Defendant FirstEnergy Solutions Corp. hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own costs, attorneys' fees and expenses.

Stipulated this 21st day of March, 2008.

Respectfully submitted,

_____
Thomas T. Frampton
Pa. I.D. #17286
GOEHRING, RUTTER & BOEHM
1424 Frick Building
437 Grant Street
Pittsburgh, PA 15219
Counsel for Plaintiff, DL Resources, Inc

_____
Richard W. Hosking
Pa. I.D. #32982
Melissa J. Tea
Pa. I.D. #80195
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
Counsel for Defendant, FirstEnergy Solutions Corp.

Dated: March 21, 2008

SO ORDERED, this 25th day of March, 2008.

_____
Gary L. Lancaster, U.S. District Judge

PI-1936332 v1